**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GERARDO NAUTA,            :  No. 952 MAL 2015

             :

          Petitioner    :

             :  Petition for Allowance of Appeal from

             :  the Order of the Commonwealth Court

          v.       :

             :

             :

WORKERS' COMPENSATION APPEAL  :

BOARD (MARSHALL - INDUSTRIAL),  :

             :

         Respondent   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.